PER CURIAM.
 

 The State of Florida (“the State”) appeals Laffayette Berry’s (“the defendant”) downward departure sentence. We reverse.
 

 Based on a review of the record, we find that there was no competent substantial evidence presented to support the downward departure sentence.
 
 See State v. Grayson,
 
 916 So.2d 51, 53 (Fla. 2d DCA 2005) (finding that a trial court is required to find that, based on the evidence presented at the hearing, the defendant had a mental disorder that required specialized treatment; had a reasonable possibility of successful treatment; and required treat
 
 *430
 
 ment that the Department of Corrections could not provide). Here, the trial court did not find that the Department of Corrections could not provide the treatment the defendant required.
 

 Accordingly, we reverse and remand for further proceedings.
 

 Reversed and remanded.